**Mildred DUNCAN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7206.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Tonya T. AUSTIN–SHELTON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7207.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Anne E. KERR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7208.

United States Court of Appeals, Federal Circuit.

Oct. 18, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.